# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGHSON NUT, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KROGER COMPANY,<br><br>　　　　Defendant. | Case No. 1:17-cv-01178-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>SIXTY DAY DEADLINE |

On June 5, 2018, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of service of this order.

IT IS SO ORDERED.

Dated: __**June 6, 2018**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1